UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Kerry Ashdown

v.

Equinox

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/13
```

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

13 Civ. 1374 (HB) (GWG)

------------------------------------------------------------X

The above entitled action is referred to Magistrate Judge **Gorenstein** for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Specific Non-Dispositive Motion/Dispute:*
Discovery (π's 7/22, 8/2 letters, Δ's 8/2 letter)

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____

_____
All such motions: ____

**Matter is to be resolved in concert with the Pretrial Scheduling Order as modified.**

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
         8/5/13

_____
United States District Judge

Revised: 01/02/13