UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KERRY ASHDOWN.,                              :

           Plaintiff,         :         ORDER

-v.-                                                         :
                                                          13 Civ. 1374 (HB) (GWG)
EQUINOX INC, et al.,                          :

           Defendants.     :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      A conference to discuss the discovery dispute raised in the recent letters to Judge Baer shall take place on Thursday, August 8, 2013, at 10:00 a.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York. The Court will also set a schedule for depositions at the conference. Accordingly, counsel should come prepared with information as to their and their witness's availability.

      All persons attending the conference should arrive early to allow for the time required to pass through the security clearance process.

      SO ORDERED.

Dated: August 6, 2013
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge