UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KERRY ASHDOWN.,                              :

            Plaintiff,                    :       ORDER

     -v.-                                          :
                                                                   13 Civ. 1374 (HB) (GWG)
EQUINOX INC, et al.,                          :

            Defendants.                :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court is no longer available at 3:00 p.m. on August 19. The conference time is moved up to 2:00 p.m. on the same date, August 19, 2013. The Court reminds the parties that it still expects them to confer by telephone prior to the conference in an effort to reach resolution on as many issues as possible, including the scheduling of depositions.

      All persons attending the conference should arrive early to allow for the time required to pass through the security clearance process.

      SO ORDERED.

Dated: August 9, 2013
       New York, New York

                                               GABRIEL W. GORENSTEIN
                                               United States Magistrate Judge