UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KERRY ASHDOWN,                                    Index No. 13 CV 1374
                                                  (HB)(GWG)
                      Plaintiff,

       -against-

EQUINOX, *a/k/a*                                  **NOTICE OF MOTION**
EQUINOX FITNESS CLUB *and incorporated as*
EQUINOX HOLDINGS, INC.,
MAURO MAIETTA,
LAWRENCE SANDERS, and
MATT PLOTKIN *a/k/a* MATTHEW PLOTKIN,

                      Defendants.
------------------------------------------------------------------X

       **PLEASE TAKE NOTICE** that upon the Declaration of Lawrence S. Rosen dated October 25, 2013, with Exhibits, the Memorandum of Law, the Rule 56.1 Statement of Undisputed Facts and the prior pleadings and proceedings had herein, defendants Equinox Holdings, Inc. d/b/a Equinox Fitness Club ("Equinox"), Mauro Maietta, Lawrence Sanders, and Matthew Plotkin will move this Court, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, before the Honorable Harold Baer, Jr. for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, dismissing each and every claim for relief asserted against defendants by plaintiff Kerry Ashdown, and granting such other and further relief as the Court deems just and proper.

Dated: October 25, 2013
       New York, New York

LAROCCA HORNIK ROSEN
GREENBERG & BLAHA LLP

By: _____
Lawrence S. Rosen (LR-8027)
Patrick McPartland (PM-4255)
40 Wall Street, 32nd Floor
New York, New York 10005
T: 212-530-4822, 4837
Email: lrosen@lhrgb.com
          pmcpartland@lhrgb.com

*Attorneys for Defendants*

To:   Walker G. Harman, Jr.
      THE HARMAN FIRM, P.C.
      200 West 57th Street, Suite 900
      New York, NY 10019
      E: wharman@theharmanfirm.com

2