# **<u>EXHIBIT H</u>**

Performance Commission

Page 6 of 247
Date: 6/19/2013
Time: 5:35:34PM

Facility: Equinox SoHo
From Date: 7/1/2011
To Date: 8/31/2011
Employee: Ashdown, Kerry (KAshdown)

| Category: | Personal Training | | SubCategory: N/A | | Session Type: Free PT / Comp | | | |
|---|---|---|---|---|---|---|---|---|
| Performed Date | MemberID | Member Name | Package/Unit | Package | Qty | Commission | Bonus Units | Bonus |
| 07/13/2011 | S729851 | Ashdown, Kerry | 2006076509/ | Free PT / Comp 1Pk | 1 | 11.00 | 1.00 | 0.00 |
| 07/13/2011 | S729851 | Ashdown, Kerry | 2006076509/ | Free PT / Comp 1Pk | -1 | -11.00 | -1.00 | 0.00 |
| | | | | Subtotals for Session Type: | | 0.00 | 0.00 | 0.00 |

| Category: | Personal Training | | SubCategory: N/A | | Session Type: Promo -Amex PT | | | |
|---|---|---|---|---|---|---|---|---|
| Performed Date | MemberID | Member Name | Package/Unit | Package | Qty | Commission | Bonus Units | Bonus |
| 07/07/2011 | 1001445995 | Arenson, Ryan | 2005917902/ | Promo -Amex PT 4Pk | 1 | 30.00 | 1.00 | 0.00 |
| 07/11/2011 | 1000708796 | Kushner, Taylor | 2003482648/ | Promo -Amex PT 4Pk | 1 | 30.00 | 1.00 | 0.00 |
| 07/11/2011 | 1000708796 | Kushner, Taylor | 2003482648/ | Promo -Amex PT 4Pk | 1 | 30.00 | 1.00 | 0.00 |
| 07/30/2011 | 1000498717 | Lyons, Daniel | 2005412898/ | Promo -Amex PT 4Pk | 1 | 30.00 | 1.00 | 0.00 |
| 07/30/2011 | 1000498717 | Lyons, Daniel | 2005412898/ | Promo -Amex PT 4Pk | 1 | 30.00 | 1.00 | 0.00 |
| 07/30/2011 | 1000498717 | Lyons, Daniel | 2005412898/ | Promo -Amex PT 4Pk | 1 | 30.00 | 1.00 | 0.00 |
| 07/30/2011 | 1000498717 | Lyons, Daniel | 2005412898/ | Promo -Amex PT 4Pk | 1 | 30.00 | 1.00 | 0.00 |
| 08/20/2011 | 1000498717 | Lyons, Daniel | 2005412898/ | Promo -Amex PT 4Pk | -1 | -30.00 | -1.00 | 0.00 |
| 08/20/2011 | 1000498717 | Lyons, Daniel | 2005412898/ | Promo -Amex PT 4Pk | -1 | -30.00 | -1.00 | 0.00 |
| 08/20/2011 | 1000498717 | Lyons, Daniel | 2005412898/ | Promo -Amex PT 4Pk | -1 | -30.00 | -1.00 | 0.00 |
| 08/20/2011 | 1000498717 | Lyons, Daniel | 2005412898/ | Promo -Amex PT 4Pk | -1 | -30.00 | -1.00 | 0.00 |
| | | | | Subtotals for Session Type: | | 90.00 | 3.00 | 0.00 |

| Category: | Personal Training | | SubCategory: N/A | | Session Type: Tier 1 PT | | | |
|---|---|---|---|---|---|---|---|---|
| Performed Date | MemberID | Member Name | Package/Unit | Package | Qty | Commission | Bonus Units | Bonus |
| 07/16/2011 | 1001151130 | Bisoni, Barbara | 2005590083/ | Tier 1 PT 1Pk | 1 | 30.00 | 1.00 | 0.00 |
| | | | | Subtotals for Session Type: | | 30.00 | 1.00 | 0.00 |

| Category: | Personal Training | | SubCategory: N/A | | Session Type: Tier 3 PT | | | |
|---|---|---|---|---|---|---|---|---|
| Performed Date | MemberID | Member Name | Package/Unit | Package | Qty | Commission | Bonus Units | Bonus |
| 07/06/2011 | 1000750814 | Brooks, Martha | 2006029425/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/07/2011 | 1000840564 | Bartos, Michelle | 2006011898/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/07/2011 | 1000750814 | Brooks, Martha | 2006029425/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/08/2011 | 1001152316 | Zentmyer, Christina | 2005897240/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/09/2011 | 1000458606 | Le Blanc, Maacha | 2006002855/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/09/2011 | 1000227120 | Kim, Annah | 2005802275/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |

fes010.rpt

Defendant's Exhibit 2
For Identification
Reporter: May Jean Wu

EQX-6474

8/21/2013

# Performance Commission

| Facility: | Equinox SoHo |
|---|---|
| From Date: | 7/1/2011 |
| To Date: | 8/31/2011 |
| Employee: | Ashdown, Kerry (KAshdown) |
| Category: | Personal Training |
| SubCategory: | N/A |
| Session Type: | Tier 3 PT |

| Performed Date | MemberID | Member Name | Package/Unit | Package | Qty | Commission | Bonus Units | Bonus |
|---|---|---|---|---|---|---|---|---|
| 07/11/2011 | 1000227120 | Kim, Annah | 2005802275/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/11/2011 | 1000227120 | Kim, Annah | 2005802275/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/11/2011 | 1000227120 | Kim, Annah | 2005802275/ | Tier 3 PT 24Pk | -1 | -57.00 | -1.00 | 0.00 |
| 07/11/2011 | 1001152316 | Zentmyer, Christina | 2005897240/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/11/2011 | 1000750814 | Brooks, Martha | 2006029425/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/14/2011 | 1001152316 | Zentmyer, Christina | 2005897240/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/14/2011 | 1000750814 | Brooks, Martha | 2006029425/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/15/2011 | 1000750814 | Brooks, Martha | 2006029425/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/16/2011 | 1000458606 | Le Blanc, Maacha | 2006002855/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/18/2011 | 1000227120 | Kim, Annah | 2005802275/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/18/2011 | 1000545009 | Johnson, Carl | 2005903698/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/20/2011 | 1000227120 | Kim, Annah | 2005802275/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/20/2011 | 1000545009 | Johnson, Carl | 2005903698/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/21/2011 | 1000545009 | Johnson, Carl | 2005903698/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/23/2011 | 1000545009 | Johnson, Carl | 2005903698/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/23/2011 | 1001151130 | Bisoni, Barbara | 2006080829/ | Tier 3 PT 6Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/25/2011 | 1000458606 | Le Blanc, Maacha | 2006002855/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/25/2011 | 1000750814 | Brooks, Martha | 2006029425/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/26/2011 | 1000545009 | Johnson, Carl | 2005903698/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/26/2011 | 1000545009 | Johnson, Carl | 2005903698/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/27/2011 | 1000545009 | Johnson, Carl | 2006024265/ | Tier 3 PT 48Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/28/2011 | 1000227120 | Kim, Annah | 2005802275/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/28/2011 | 1000750814 | Brooks, Martha | 2006029425/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/30/2011 | 1000227120 | Kim, Annah | 2005802275/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/30/2011 | 1000545009 | Johnson, Carl | 2006024265/ | Tier 3 PT 48Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/30/2011 | 1000735731 | Rotman, Carly | 2006094287/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/30/2011 | 1000735731 | Rotman, Carly | 2006094287/ | Tier 3 PT 12Pk | -1 | -57.00 | -1.00 | 0.00 |
| 08/01/2011 | 1000227120 | Kim, Annah | 2005802275/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/01/2011 | 1000545009 | Johnson, Carl | 2006024265/ | Tier 3 PT 48Pk | 1 | 57.00 | 1.00 | 0.00 |

fes010.rpt

EQX-6475

Performance Commission

Page 8 of 247
Date: 6/19/2013
Time: 5:35:34PM

Facility: Equinox SoHo
From Date: 7/1/2011
To Date: 8/31/2011
Employee: Ashdown, Kerry (KAshdown)
Category: Personal Training          SubCategory: N/A          Session Type: Tier 3 PT

| Performed Date | MemberID | Member Name | Package/Unit | Package | Qty | Commission | Bonus Units | Bonus |
|---|---|---|---|---|---|---|---|---|
| 08/01/2011 | 1000222889 | Bonetti, Enrico | 2006137289/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/03/2011 | 1000227120 | Kim, Annah | 2005802275/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/03/2011 | 1000545009 | Johnson, Carl | 2006024265/ | Tier 3 PT 48Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/03/2011 | 1000458606 | Le Blanc, Maacha | 2006002855/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/04/2011 | 1000222889 | Bonetti, Enrico | 2006137289/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/06/2011 | 1000840564 | Bartos, Michelle | 2006011898/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/08/2011 | 1000545009 | Johnson, Carl | 2006024265/ | Tier 3 PT 48Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/08/2011 | S729851 | Ashdown, Kerry | 2006150165/ | Tier 3 PT 1Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/08/2011 | S729851 | Ashdown, Kerry | 2006150165/ | Tier 3 PT 1Pk | -1 | -57.00 | -1.00 | 0.00 |
| 08/08/2011 | 1000458606 | Le Blanc, Maacha | 2006002855/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/09/2011 | 1000458606 | Le Blanc, Maacha | 2006002855/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/09/2011 | 1001473024 | Wilson, Danyel Smith | 2006028286/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/09/2011 | 1000222889 | Bonetti, Enrico | 2006137289/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/11/2011 | 1001202734 | Jacoby, Ryan | 2006082545/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/11/2011 | 1000545009 | Johnson, Carl | 2006024265/ | Tier 3 PT 48Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/11/2011 | 1001473024 | Wilson, Danyel Smith | 2006028286/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/12/2011 | 1000545009 | Johnson, Carl | 2006024265/ | Tier 3 PT 48Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/13/2011 | 1000458606 | Le Blanc, Maacha | 2006002855/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/15/2011 | 1000545009 | Johnson, Carl | 2006024265/ | Tier 3 PT 48Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/16/2011 | 1001202734 | Jacoby, Ryan | 2006082545/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/16/2011 | 1000222889 | Bonetti, Enrico | 2006137289/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/18/2011 | 1001202734 | Jacoby, Ryan | 2006082545/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/18/2011 | 1001473024 | Wilson, Danyel Smith | 2006028286/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/20/2011 | 1000545009 | Johnson, Carl | 2006024265/ | Tier 3 PT 48Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/22/2011 | 1000545009 | Johnson, Carl | 2006024265/ | Tier 3 PT 48Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/23/2011 | 1001202734 | Jacoby, Ryan | 2006082545/ | Tier 3 PT 24Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/23/2011 | 1000222889 | Bonetti, Enrico | 2006137289/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/24/2011 | 1000545009 | Johnson, Carl | 2006024265/ | Tier 3 PT 48Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/25/2011 | 1000545009 | Johnson, Carl | 2006024265/ | Tier 3 PT 48Pk | 1 | 57.00 | 1.00 | 0.00 |

fes010.rpt

EQX-6476

# Performance Commission

Facility: Equinox SoHo
From Date: 7/1/2011
To Date: 8/31/2011
Employee: Ashdown, Kerry (KAshdown)

Category: Personal Training    SubCategory: N/A    Session Type: Tier 3 PT

| Performed Date | MemberID | Member Name | Package/Unit | Package | Qty | Commission | Bonus Units | Bonus |
|---|---|---|---|---|---|---|---|---|
| 08/25/2011 | 1000458606 | Le Blanc, Maacha | 2006002855/ | Tier 3 PT 12Pk | 1 | 57.00 | 1.00 | 0.00 |
| 08/29/2011 | 1001151130 | Bisoni, Barbara | 2006080829/ | Tier 3 PT 6Pk | 1 | 57.00 | 1.00 | 0.00 |
| | | | | Subtotals for Session Type: | | 3,420.00 | 60.00 | 0.00 |

Category: Personal Training    SubCategory: N/A    Session Type: Promo -Amex bonus Tier 3 PT

| Performed Date | MemberID | Member Name | Package/Unit | Package | Qty | Commission | Bonus Units | Bonus |
|---|---|---|---|---|---|---|---|---|
| 07/07/2011 | 1000458606 | Le Blanc, Maacha | 2006004613/ | Promo -Amex bonus Tier 3 PT 2Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/13/2011 | 1000458606 | Le Blanc, Maacha | 2006004613/ | Promo -Amex bonus Tier 3 PT 2Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/15/2011 | 1000458606 | Le Blanc, Maacha | 2006004614/ | Promo -Amex bonus Tier 3 PT 2Pk | 1 | 57.00 | 1.00 | 0.00 |
| 07/16/2011 | 1000458606 | Le Blanc, Maacha | 2006004614/ | Promo -Amex bonus Tier 3 PT 2Pk | 1 | 57.00 | 1.00 | 0.00 |
| | | | | Subtotals for Session Type: | | 228.00 | 4.00 | 0.00 |
| | | | | Subtotals for SubCategory: | | 3,768.00 | 68.00 | 0.00 |
| | | | | Subtotals for Category: | | 3,768.00 | | 0.00 |
| | | | | Subtotals for Employee: | | 3,768.00 | | 0.00 |
| | | | | Total Amount for Employee: | | 3,768.00 | | |

fes010.rpt

**EQX-6477**