# **EXHIBIT I**

| vcvisiblememberid | membername | iunitnt | status | dtPerformedDate | sdtCreatedDate | dtexpirydate | vccreatedt | performedby | enteredby | vcdescription |
|---|---|---|---|---|---|---|---|---|---|---|
| 122004 | Jacques Levy | 1 | Reinstated | 8/13/11 2:14 PM | 8/16/11 6:04 PM | | 2/12/2012 | 114-GM Robert Dwyer | Lawrence Sanders | Promo -Amex PT 4Pk |
| 122004 | Jacques Levy | 2 | Reinstated | 8/13/11 2:14 PM | 8/16/11 6:05 PM | | 2/12/2012 | 114-GM Robert Dwyer | Lawrence Sanders | Promo -Amex PT 4Pk |
| 122004 | Jacques Levy | 3 | Reinstated | 8/13/11 2:14 PM | 8/16/11 6:05 PM | | 2/12/2012 | 114-GM Robert Dwyer | Lawrence Sanders | Promo -Amex PT 4Pk |
| 122004 | Jacques Levy | 4 | Reinstated | 8/13/11 2:14 PM | 8/16/11 6:05 PM | | 2/12/2012 | 114-GM Robert Dwyer | Lawrence Sanders | Promo -Amex PT 4Pk |
| 1000729677 | Brian Canida | 1 | Reinstated | 8/13/11 2:12 PM | 8/16/11 6:02 PM | | 2/12/2012 | 114-GM Robert Dwyer | Lawrence Sanders | Promo -Amex PT 4Pk |
| 1000729677 | Brian Canida | 2 | Reinstated | 8/13/11 2:12 PM | 8/16/11 6:03 PM | | 2/12/2012 | 114-GM Robert Dwyer | Lawrence Sanders | Promo -Amex PT 4Pk |
| 1000729677 | Brian Canida | 4 | Reinstated | 8/13/11 2:12 PM | 8/16/11 6:03 PM | | 2/12/2012 | 114-GM Robert Dwyer | Lawrence Sanders | Promo -Amex PT 4Pk |
| 1000729677 | Brian Canida | 3 | Reinstated | 8/13/11 2:12 PM | 8/16/11 6:03 PM | | 2/12/2012 | 114-GM Robert Dwyer | Lawrence Sanders | Promo -Amex PT 4Pk |
| 1000729677 | Brian Canida | 3 | Used | 8/13/11 2:12 PM | 8/13/11 2:12 PM | | 2/9/2012 | 114-PTM Robert Dwyer | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 1000729677 | Brian Canida | 4 | Used | 8/13/11 2:12 PM | 8/13/11 2:12 PM | | 2/9/2012 | 114-PTM Robert Dwyer | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 1000498717 | Daniel Lyons | 1 | Used | 7/30/11 10:13 AM | 7/30/11 10:13 AM | | 7/31/2011 | 114-PTM Kerry Ashdown | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 1000498717 | Daniel Lyons | 2 | Used | 7/30/11 10:13 AM | 7/30/11 10:13 AM | | 7/31/2011 | 114-PTM Kerry Ashdown | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 1000498717 | Daniel Lyons | 3 | Used | 7/30/11 10:13 AM | 7/30/11 10:13 AM | | 7/31/2011 | 114-PTM Kerry Ashdown | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 1000498717 | Daniel Lyons | 4 | Used | 7/30/11 10:13 AM | 7/30/11 10:13 AM | | 7/31/2011 | 114-PTM Kerry Ashdown | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 1000729677 | Brian Canida | 2 | Used | 8/13/11 2:12 PM | 8/13/11 2:12 PM | | 2/9/2012 | 114-PTM Robert Dwyer | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 1000729677 | Brian Canida | 1 | Used | 8/13/11 2:12 PM | 8/13/11 2:12 PM | | 2/9/2012 | 114-PTM Robert Dwyer | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 122004 | Jacques Levy | 4 | Used | 8/13/11 2:14 PM | 8/13/11 2:14 PM | | 2/9/2012 | 114-PTM Robert Dwyer | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 122004 | Jacques Levy | 3 | Used | 8/13/11 2:14 PM | 8/13/11 2:14 PM | | 2/9/2012 | 114-PTM Robert Dwyer | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 122004 | Jacques Levy | 2 | Used | 8/13/11 2:14 PM | 8/13/11 2:14 PM | | 2/9/2012 | 114-PTM Robert Dwyer | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 122004 | Jacques Levy | 1 | Used | 8/13/11 2:14 PM | 8/13/11 2:14 PM | | 2/9/2012 | 114-PTM Robert Dwyer | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 1000729677 | Brian Canida | 1 | Reinstated | 8/13/11 2:12 PM | 8/13/11 2:12 PM | | 2/9/2012 | 114-PTM NULL | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 1000729677 | Brian Canida | 2 | Reinstated | 8/13/11 2:12 PM | 8/13/11 2:12 PM | | 2/9/2012 | 114-PTM NULL | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 1000729677 | Brian Canida | 3 | Reinstated | 8/13/11 2:12 PM | 8/13/11 2:12 PM | | 2/9/2012 | 114-PTM NULL | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 1000729677 | Brian Canida | 4 | Reinstated | 8/13/11 2:12 PM | 8/13/11 2:12 PM | | 2/9/2012 | 114-PTM NULL | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 122004 | Jacques Levy | 1 | Reinstated | 8/13/11 2:13 PM | 8/13/11 2:13 PM | | 2/9/2012 | 114-PTM NULL | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 122004 | Jacques Levy | 2 | Reinstated | 8/13/11 2:14 PM | 8/13/11 2:14 PM | | 2/9/2012 | 114-PTM NULL | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 122004 | Jacques Levy | 3 | Reinstated | 8/13/11 2:14 PM | 8/13/11 2:14 PM | | 2/9/2012 | 114-PTM NULL | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 122004 | Jacques Levy | 4 | Reinstated | 8/13/11 2:14 PM | 8/13/11 2:14 PM | | 2/9/2012 | 114-PTM NULL | Cornelia Hobbie | Promo -Amex PT 4Pk |
| 1000498717 | Daniel Lyons | 44 | Reinstated | 7/16/11 12:32 PM | 7/16/11 12:32 PM | | 1/12/2012 | 114-PTM NULL | Kerry Ashdown | Tier 2 PT 48Pk |
| 1000498717 | Daniel Lyons | 45 | Reinstated | 7/16/11 12:32 PM | 7/16/11 12:32 PM | | 1/12/2012 | 114-PTM NULL | Kerry Ashdown | Tier 2 PT 48Pk |
| 1000498717 | Daniel Lyons | 46 | Reinstated | 7/16/11 12:32 PM | 7/16/11 12:32 PM | | 1/12/2012 | 114-PTM NULL | Kerry Ashdown | Tier 2 PT 48Pk |
| 1000498717 | Daniel Lyons | 47 | Reinstated | 8/13/11 10:52 AM | 8/13/11 10:52 AM | | 2/9/2012 | 114-PTM NULL | Kerry Ashdown | Tier 2 PT 48Pk |
| 1000498717 | Daniel Lyons | 48 | Reinstated | 8/13/11 10:52 AM | 8/13/11 10:52 AM | | 2/9/2012 | 114-PTM NULL | Kerry Ashdown | Tier 2 PT 48Pk |
| 1000498717 | Daniel Lyons | 44 | Used | 7/16/11 12:33 PM | 7/16/11 12:33 PM | | 1/12/2012 | 114-PTM Ryan Hopkins | Kerry Ashdown | Tier 2 PT 48Pk |
| 1000498717 | Daniel Lyons | 48 | Used | 8/13/11 10:53 AM | 8/13/11 10:53 AM | | 2/9/2012 | 114-PTM Ryan Hopkins | Kerry Ashdown | Tier 2 PT 48Pk |
| 1000498717 | Daniel Lyons | 47 | Used | 8/13/11 10:52 AM | 8/13/11 10:52 AM | | 2/9/2012 | 114-PTM Ryan Hopkins | Kerry Ashdown | Tier 2 PT 48Pk |
| 1000498717 | Daniel Lyons | 46 | Used | 7/16/11 12:33 PM | 7/16/11 12:33 PM | | 1/12/2012 | 114-PTM Ryan Hopkins | Kerry Ashdown | Tier 2 PT 48Pk |
| 1000498717 | Daniel Lyons | 45 | Used | 7/16/11 12:33 PM | 7/16/11 12:33 PM | | 1/12/2012 | 114-PTM Ryan Hopkins | Kerry Ashdown | Tier 2 PT 48Pk |

Defendant's Exhibit
For Identification M
Reporter: May Jean Wu

8/21/2013

EQX-6400