# **EXHIBIT J**

Call ID: 00098942   Stopwatch: 0:00:07   Count: 1   Status: Closed

Call #   00098942   -   714497

| | | | | |
|---|---|---|---|---|
| Last Name | Sanders | First Name   Lawrence | Facility | SOHO |
| Email ID | Lawrence.Sanders@equinox.com | | Phone/Ext | 212-334-4631 |

## New Record

Last updated by   BPAM
on   09/07/2011   05:53:02pm

| | ATG | :S: | Closed | gpalacios |
|---|---|---|---|---|

Manager Status   Approved                         IP Address   192.168.13.10

*Category   EAF                                   Source   BlueSky
*Call Type   Termination                          Status   Closed
Description                                      Solution Description

Employee Information                              Click to update Employee info

| | SSN | File #   038600 | Location | SOHO |
|---|---|---|---|---|
| Last Name | Ashdown | First Name   Kerry | M.I.   L | Title   Manager, Personal Training |

:ADP:   :Em:   :Fidel:   :Quat:   :IP:   :S:           Click to Launch HRMS
:Medi:   :Ceri:   :Flexu:

Termination                                                                   :S:

Call ID: 00098942  Stopwatch: 0:00:07   Count: 1   Status: Closed

Termination Questions:

☐ Employee voluntarily resigned:

1. Did the employee give notice?

2. If yes, how much notice was given and to whom was it communicated?

3. Was the employee in jeopardy of losing their job?
If yes, why was the employee's job at risk?

4. Did the employee express any dissatisfaction with their job prior to tendering their resignation?

5. If yes, with whom was this discussed and what actions (if any) were taken toward resolving the employee's dissatisfaction?

☑ Employee was involuntarily terminated:

1. Who (Name and Title) informed the employee of the termination decision?
Matt Plotkin – Regional Manager, and Lawrence Sanders GM

2. Please describe the final incident that led to the termination decision. Include all details including dates, witnesses, etc.
There were 17 total sessions that were pulled for 3 trainers Kerry being one of trainers that 4 of the 17 sessions were pulled for. July 16th 2011, July 30th 2011, and August 13th 2011 is when the sessions were either reinstated and pulled or just pulled.
Member Daniel ▮▮▮ had 4 sessions pulled for Kerry using the MIT cashiers code and also 5 sessions pulled for Ryan ▮▮▮ who trains Kerry with using Kerry's cashiers code. This member has not been in an Equinox club since January 7, 2011.

Brian ▮▮▮ and Jacques ▮▮▮ member had 4 sessions each pulled for Bobby ▮▮▮ a trainer using the MIT cashiers code. Neither of these individuals are the trainers clients.

All the sessions were reinstated and pulled at the PTM computer while the PTM was in or around the area.

3. Did the employee admit to the violation either verbally or in writing?     N
4. If yes, what was the explaination given for the violation?

Manager Approvals:

| | | | | |
|---|---|---|---|---|
| Mgr Signature: | sanders | ATG | 09/04/2011 | |
| Notify IT: ☑ | Property Returned? | N | Send Exit Interview Survey? | ☐ |

Comments:
Waiting for Kerry to return the front door entrance key a phone call has been placed to her.

Click to Launch HRMS

## Assignment Information

Assignment Created by   BPAM
on   09/06/2011   10:23:28am

Group   Human Resources
Contact   Giannina Palacios         Acknowled...   09/06/2011   10:51:18am   gpalacios

**EQX-6398**

Call ID: 00098942   Stopwatch: 0:00:07   Count: 1   Status: Closed

| | | |
|---|---|---|
| Phone/Ext | 1-646-572-3298   3298 | |
| Email | giannina.palacios@equinox.com | Resolution |
| Comments | | |

## Assignment Information

Assignment Created by BPAM on 09/06/2011 10:23:29am

| | | |
|---|---|---|
| Group | Human Resources | |
| Contact | Justine Eisen | Acknowle... / /  : : |
| Phone/Ext | | Res... / /  : : |
| Email | | Resolution |
| Comments | | |

## Journal

Journal Created by BPAM on 09/06/2011 10:23:38am

Journal Type   BPAM E-mail   Email Manager Juic...
(Changing the Journal Type will overwrite the Journal Entry.)
Journal Entry   EAF successfully created, BPAM sent email to manager.

## Journal

Journal Created by BPAM on 09/07/2011 05:53:01pm

Journal Type   BPAM E-mail   Email Manager Juic...
(Changing the Journal Type will overwrite the Journal Entry.)
Journal Entry   EAF Approved. Email sent to notify IT.

## Journal

Journal Created by BPAM on 09/07/2011 05:53:02pm

Journal Type   BPAM E-mail   Email Manager Juic...
(Changing the Journal Type will overwrite the Journal Entry.)
Journal Entry   EAF Approved. Email sent to manager confirming approved EAF.

**EQX-6399**