UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KERRY ASHDOWN,

    *Plaintiff*,

    *v*.

EQUINOX *a/k/a*
EQUINOX FITNESS CLUB *and incorporated as*
EQUINOX HOLDINGS, INC.,
MAURO MAIETTA,
LAWRENCE SANDERS,
MATT PLOTKIN *a/k/a* MATTHEW PLOTKIN,

    *Defendants*.
------------------------------------------------------------X

13 CV 1374 (HB)(GWG)

**DECLARATION OF
WALKER G. HARMAN, JR.**

**WALKER G. HARMAN, JR.** declares that the following is true and correct:

1. I am an attorney duly admitted to practice in the United States District Court for the Southern District of New York.

2. I am the principal attorney at The Harman Firm, PC, which represents Plaintiff Kerry Ashdown in the above-captioned action. As such, I am fully familiar with the facts and circumstances of the matter, the basis of my knowledge being the files maintained by our office and time working on the above-captioned action with my office and with Ms. Ashdown.

3. Attached as *Exhibit A* is a true copy of the Second Amended Complaint, filed May 5, 2013.

4. Attached as *Exhibit B* is a true copy of the Transcript of the Deposition of Ms. Ashdown, which was taken August 27, 2013.

5. Attached as *Exhibit C* is a true copy of the Transcript of the Deposition of Defendant, Joseph Matarazzo, which was taken August 28, 2013.

6.      Attached as *Exhibit D* is a true copy of Transcript of the Deposition of Defendant, Mauro Maietta, which was also taken September 10, 2013.

7.      Attached as *Exhibit E* is a true copy of the Transcript of the Deposition of Defendant, Lawrence Sanders, which was taken September 12, 2013.

8.      Attached as *Exhibit F* is a true copy of the Transcript of the Deposition of Defendant, Matt Plotkin, which was taken October 8, 2013.

9.      I declare under penalty of perjury that the foregoing facts are known by me to be true and correct of my own knowledge.


Dated: New York, New York                    Respectfully submitted by:
       November 8, 2013                              THE HARMAN FIRM, PC
                                             *Counsel for Plaintiff*


                                                      s/
                                             Walker G. Harman, Jr. [WH-8044]
                                             200 West 57th Street, Suite 900
                                             New York, New York 10019
                                             wharman@theharmanfirm.com

2