To Whom It May Concern:

I've known Miss Kerry Ashdown for approximately 15 years, and in this time we have become firm friends. Kerry is a very loyal, honest and beautiful person, who always puts others before herself.

I have been there throughout all of her battles with cancer, and have seen the physical toll it takes on her, yet she remains stronger than most people I know who are going through far less. Kerry is very tenacious and regardless of what obstacles she faces, she is constantly persistent and has the determination to get through. She is an inspiration to me on so many levels and I have learnt many things from her.

Even after Kerry moved to New York, we spoke regularly, and I visited her while she was going through treatment. We spoke in length about how she was feeling, how treatment was going and the issues she was facing. She was physically exhausted, as treatment was extremely tough on her. However, she had just moved to New York, started a new job and felt like she had to prove herself to Equinox and get the results she promised. She refused to slow down, she did not want it to affect the job she loved so much.

Then came the false allegations, which Kerry talked to me in length about and found incredibly stressful. She felt like she had very little support from management through this time. It was very hard to watch her go through this, not only did she have a battle with cancer, but had a battle with colleagues trying to push her out.

After Kerry was terminated, she was completely distraught. Not only had she been accused of terrible things, her dream that she had worked so hard to achieve had been crushed. Most people would crumble under all of this, but not Kerry, she was more determined than ever to bounce back

This just confirms the remarkable strength that Kerry has, and what an extraordinary woman she is.

If you require any further information please do not hesitate to contact me


Ceirin Cassel
Ceirincassel@gmail.com