**Whitney Arnold**
945 West End Avenue
Apartment 6B
New York, NY 10025

January 13, 2013

To Whom It May Concern:

I've known Kerry Ashdown for 3+ years and she is the most positive, motivated person I know. Despite going through chemo and radiation last summer / fall she remained upbeat and driven; you would never even know what she was going through! All the time she worked as an avid employee at Equinox, putting in ridiculously long hours. She probably even felt horrible at the time with her cancer therapy but you would've never known that based on her tireless dedication to her job!

If you would like to discuss further, please feel free to contact me at 917 806 3646.

Best,

*[signature]*

Whitney Arnold