March 11, 2013

To whom it may concern,

I have known Ms. Kerry Ashdown since the summer of 2010 and we have been great friends ever since. In May 2011 Kerry made me aware of her health issues in and I can verify that Kerry's health issues played a heavy toll on her not only physically but mentally as well.

For as long as I have known Kerry, she has and continues to be the belle of the ball. She is ever sociable and adventurous; her illness robbed her of these qualities and was exacerbated by the ill treatment she received from her employer Equinox.

Kerry had waited a long time to see her dream of working in NYC come to fruition. We kept in contact after meeting in 2010 and spoke weekly sometime daily. Her passion and her tenacity to be the best in her field were conveyed in our conversations. When she was awarded the job at Equinox she felt as though all of the pain she felt in the previous years had finally abated and she was ready to live her life again. When she finally made it to NYC she was like a kid in a candy store. She loved her job, she loved NYC and all was going well, until she received news from her doctor about her illness.

Kerry is a fighter and she continued to be brave during her illness even though you could see how tired and drained she was. Even with this new set back she still continued to keep a positive outlook on life, because she was living her dream.

During this period Kerry would talk to me about the troubles she was having with her co-workers (one in particular) and this was clearly troubling her because she always goes the extra mile to make everyone comfortable and provide them with the environment they need to be successful. As more and more issues came up the more Kerry would try to shoulder the problem and work even harder. It pained me to see how all of the negativity at her office was weighing her down and how she was felt as though she had no one to turn to in the company for help. When Kerry was let go it was one of the sadder moments in her life. She has always believed in her ability to be successful in NY and to have her dream taken away due to rumors and falsehoods only goes to show how much we are a nation of Corporations and not a nation of people.

Kerry has been a true inspiration to me and a true friend, and as hard as it was for her to go through her ordeal with Equinox, it was as difficult to watch her go through it.

Sincerely,

*[signature]*

D. Williams