February 18, 2013

To Whom It May Concern:

Differently from many of her colleagues that I met in the past Kerry had focused all of her life on training and her expertise and seriousness impressed me so much that I asked her to train me. Since then I started training with her twice a week, with great benefits on my side.
I began to notice how hard Kerry was working, very often having her first clients at six in the morning and finishing her day at seven in the evening when she would train me. Then her physical appearance started to change: she got much paler, her eyes were often red and she looked frailer. When I asked her if she was ok I was shocked to hear that she got cancer and that she was going through a very heavy treatment schedule. I felt very sorry for her and at the same time I admired the strength that kept her going despite all of this. I was quite shocked when I learned that she was fired from the gym. I am glad to know that now she is doing much better and that she managed to beat the disease.

Sincerely,

Enrico Bonetti

bonetti / kozerski studio LLC
270 lafayette street  # 906  /  new york  ny 10012  /  ph  +1 212 343 9898  /  fax  +1 212 343 8042  /  www.bonettikozerski.com
P.024