Michelle Harding
58 Culvert Road
London
Sw11 5AR

8th February 2013

I have known Miss Kerry Ashdown for 6 years, she is truly one of the most inspirational individuals I have ever met. In 2010, Kerry was diagnosed with Cancer, she had to undergo several months of Chemotherapy and Radiotherapy.

During this time Kerry remained strong, determined to fight, a workaholic and remarkably upbeat. I'm amazed by her strength and refusal to let it beat her.

She was in terrible pain and absolutely exhausted but refused to let it affect her daily life, change her working schedule or let people see the suffering she was going through.

As a personal friend I saw these changes in her, she was slightly drawn, grey in color and lacked the energy and spark she would normally have. Even though she did her best to hide this, it was clear that Kerry was dealing with something serious and not her normal self. Seeing her back to her health now, it's made me realize even more just how sick she looked. She finally has the colour back in her cheeks, and the spark in her eyes.

Regardless of the above, Kerry is a fighter, incredibly positive and a wonderful role model.

I have now moved back to the UK, however I was in New York the entire time when Kerry worked for Equinox.

Yours sincerely


Michelle Harding