February 7, 2013

To Whom It May Concern:

This letter confirms that I trained with Kerry Ashdown at Equinox Soho for 6 months during the spring and summer of 2011.  Kerry was head of Personal Training at Equinox Soho, and was an inspiring and energetic trainer.  She designed a fitness program for me that helped me transition from a rather uncoordinated and easily-tired beginner to achieve a more competent and athletic standard.  She was tireless, cheerful and motivating, and she encouraged me to push myself while also paying close attention to ensure I advanced safely and without injury.

I was shocked and dismayed to learn of her dismissal by Equinox, and was not given a reason by its management for her separation from the gym.  At no time during my training was I aware of Kerry's treatment for cancer.  A few weeks before her dismissal, she confided that she was undergoing treatment.  I would never have guessed it based upon her positive attitude or her energy level, she was a complete professional at all times, and she never cancelled a session with me.  She worked very long hours, consistently arrived early at the gym and was always able to train me after my workday ended, usually after 6pm.

Please let me know if I may answer any questions about my experience with Kerry at Equinox.  I consider Kerry Ashdown to be a fine trainer and athlete, and recommend her without reservation as an excellent fitness trainer.

Sincerely,


Martha Brooks
EVP, Executive Creative Director, L'Oréal USA
McCann New York