**From:** Elizabeth Minton
**Sent:** Monday, August 01, 2011 3:04 PM
**To:** Lawrence Sanders
**Subject:** FW: update from Tuesday's meeting

---

**From:** Kerry Ashdown
**Sent:** Saturday, July 30, 2011 1:05 PM
**To:** Elizabeth Minton
**Subject:** RE: update from Tuesday's meeting

Hi Liz,

We spoke about the communication between us, and how we both felt that it seriously needed to improve! We have agreed that moving forward we will opening discuss an issues with each other straight away, no matter how hard they are and will talk firstly to each other rather than going through Lawrence.

Mauro was unhappy that I had employed 2 new staff while he was away. So we agreed that all new hires will be interviewed by both of us, and we will agree together on who we employee rather than 1 of us making the decision

We agreed that we need to work as a unit, not 2 separate managers as I feel that we are working against each other at present. Neither of us have been enjoying the working relationship we have had, and we want to improve on this. I think that we can be an incredible team, if only we knew how to communicate to each other better. We agreed that we will not always agree on everything, however we need to work towards a common goal in order to take the team forward.

I spoke to Mauro about the approach he sometimes has with the team, and the emails he sends sometimes come across as aggressive and arrogant and get the trainers backs up. We discussed the approach that I feel would be more appropriate, and I asked him to not take feedback from me so personally.

We discussed Mauro's competitive nature and how myself and the team both struggle with this at times. I mentioned feedback that I had been given from a trainer that they just don't want to compete with each other, or feel they need to prove they are better than one another. 17th Street have a very different group of people there, and works there will not necessarily work here and management is all about learning about how to manage different personality types. I am learning this myself too!

Although I contacted Mauro last week when I was off sick, he was upset that he felt he was the last to know and felt like he should have been the first. I explained that Lawrence as the club manager will always be the first point of contact for me, especially as I work most of my days with him, however I will now text him and let him know at the same time.

Kerry

---

**From:** Elizabeth Minton
**Sent:** Friday, July 29, 2011 4:50 PM
**To:** Kerry Ashdown; Mauro Maietta
**Cc:** Lawrence Sanders
**Subject:** update from Tuesday's meeting
**Importance:** High

Hi Kerry and Mauro:

Defendant's Exhibit H
For Identification
Reporter: May Jean W

EQX-3510

I would like to have you both write to me the results of your meeting with each other this past Tuesday. I would like to know:

- The areas of agreement
- The areas of respectful agreement to disagree
- Any issues not addressed that need to be

Please email to me by Sunday. It doesn't need to be long but I do need to know what was resolved and is still outstanding from this meeting.

Thanks!
Liz

**EQX-3511**