| | |
|---|---|
| **From:** | Elizabeth Minton |
| **Sent:** | Monday, August 01, 2011 3:04 PM |
| **To:** | Lawrence Sanders |
| **Subject:** | FW: update from Tuesday's meeting |
| **Categories:** | Red Category |

---

**From:** Mauro Maietta
**Sent:** Sunday, July 31, 2011 10:02 AM
**To:** Elizabeth Minton
**Subject:** RE: update from Tuesday's meeting

Good Morning Liz,

    Kerry and I had a very productive meeting. We were able to share a lunch and go over what each of us was feeling in regards to the SoHo PT Business and our working relationship.

    We realized early on that we need to keep lines of communication open between the two of us and agreed to come to each other first with all in house issues, behind the back comments, and/or any situations that need to be handled together or separate. We agreed that I have cooled my competitive jets, as the staff is more competitive versus other teams and clubs versus in house, as seen in the past two months devoid of "in house trainer competitions." This has always been seen as a team building approach in my mind, but having seen that the staff here has not responded to it, I have shifted to a different model of getting the team to interact as a whole.
    We also agreed that I would be seen as a partner in this process, as opposed to a trainer who completes administrative duties; will never fail to be included in the interview process of new hires, and contacted in conjunction with Lawrence when Kerry will be out, running late, etc. I also expressed my frustration with the inability for us to swap days when life situations call for a switch. Kerry explained and we agreed that as long as I give her notice I am more than free to switch my days, but she cannot be as flexible because her financial situation prevents her from moving the days she has set out for herself and her clients.
    We also discussed what we can learn from each other and agreed to set ego and pride aside and take time and understanding to make the growth process happen. This is especially true because I can help her learn the brand and she can help me develop into a PTM, as this is one of my career goals for 2011.

    As for respectful disagreements, there were zero major cases, but a mutual acknowledgement on how to treat such cases when they may arise in our working relationship. We are aware of our contrasting management styles and end goal processes and realize that we need to take a step back and see it from the other side of the fence.

    We also realized that some issues were magnified or blown out of proportion by the mismanagement of another. A topic the three of us can address in person or simply move on from based on my initial point in this email.

    As for topics we didn't bring up, I have yet to discuss my need to take a few days in August for surgery, but I will bring up in our meeting tomorrow, as I had a follow up appointment recently and can be more specific with Kerry.

    Talk soon and thank you for helping with this process and for your kind ear and understanding. Happy Closeout!!!

**Mauro S. Maietta**
FITNESS MANAGER
EQUINOX SoHo
69 Prince Street

EQX-3508

Defendant's Exhibit
For Identification
Reporter: May Jean

8/21/03