AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Kerry Ashdown | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 13 CV 1374 (HB)(GWG) |
| Equinox, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Kerry Ashdown.

Date: 02/19/2014

s/ Ronnie L. Silverberg
*Attorney's signature*

Ronnie L. Silverberg, 2458487
*Printed name and bar number*

The Harman Firm, PC
1776 Broadway, Suite 2030
New York, New York 10019

*Address*

rsilverberg@theharmanfirm.com
*E-mail address*

(212) 425-2600
*Telephone number*

(212) 202-3926
*FAX number*