# THE HARMAN FIRM, PC

ATTORNEYS & COUNSELORS AT LAW

1776 BROADWAY | SUITE 2030 | NEW YORK CITY 10019

TELEPHONE 212.425.2600 | FAX 212.202.3926

WWW.THEHARMANFIRM.COM

February 20, 2014

**VIA ECF**
Hon. Harold Baer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *Ashdown v. Equinox*
    13 CV 1374 (HB)(GWG)

Dear Judge Baer:

  We represent Plaintiff Kerry Ashdown in the above-referenced action employment discrimination action.

  We write in response to Defendants' letter and exhibits delivered by hand to the Court Wednesday, February 19, 2014. We oppose Defendants' applications as untimely and inappropriate. Nevertheless, we have just commenced further analysis of the very serious issues that Defendants raise and respectfully advise the Court that a fulsome response to them will be submitted by Monday, February 24, 2014.

  We thank the Court for its time and attention to this matter.

          Respectfully submitted,
          THE HARMAN FIRM, PC


            s/   Walker G. Harman, Jr.
          Walker G. Harman, Jr.


cc: Lawrence Rosen, Esq. (via ECF)
   Patrick McPartland, Esq. (via ECF)
   Jared Blumetti, Esq. (via email, jblumetti@lhrgb.com)
   Ronnie L. Silverberg, Esq. (via email, rsilverberg@theharmanfirm.com)